Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR05-5134 FDB |
| Plaintiff, | |
| v. | ORDER CONTINUING GOVERNMENT'S RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS |
| ROBINSON WALTER SMITH, | |
| Defendant. | |

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

IT IS HEREBY ORDERED that the Government's response to the defendant's pretrial motions shall be due no later than June 8, 2005.

Dated this 6th day of June, 2005

/s/ Franklin D Burgess
FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney

s/ Keith MacFie *
KEITH MacFIE
Attorney for Robinson Walter Smith
*telephonic approval

Order Cont. Govt. Response to Deft's. Pretrial Motions
CR05-5134FDB/U.S. v. Robinson Wayne Smith— 1